

# NUMBER 13-23-00391-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **FRANK PETER CHMIELOWSKI,** | **Appellant,** |

**v.**

| | |
|---|---|
| **IRMA L. AMBRIZ AND JUANITA RAMIREZ,** | **Appellees.** |

**On appeal from the 197th District Court of Willacy County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Memorandum Opinion by Justice Benavides**

This cause is before the Court on its own motion. On August 30, 2023, appellant filed a notice of appeal. The clerk's record was due on October 2, 2023. On October 11, 2023, the Clerk of the Court notified appellant that the deputy district clerk, Marissa Chavez, notified the Court that appellant had failed to make arrangements for payment

of the clerk's record. Appellant was notified that unless he made arrangements to pay for the clerk's record and proof of payment was provided to the Court within ten days, the appeal was subject to dismissal for want of prosecution. *See* TEX. R. APP. 37.3(b).

No clerk's record has been filed due to appellant's failure to pay or make payment arrangements, and appellant has failed to comply with a notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b) and 42.3(b), (c).

GINA M. BENAVIDES
Justice

Delivered and filed on the
7th day of December, 2023.

2